

## IN THE DISTRICT COURT OF MONTGOMERY COUNTY PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>CHARLES M. LAUMAN; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 17-03070<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CHARLES M. LAUMAN the above process on the 31 day of October, 2017, at 9:45 o'clock, PM, at 349 SEMINARY STREET PENNSBURG, PA 18073, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of **Pa** _____   )
                                               ) SS:
County of **Berks** _____             )

Before me, the undersigned notary public, this day, personally, appeared ___**Kendra Day**___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-171519
Case ID #: 5025561

Subscribed and sworn to before me this **3** day of **Nov**, 20**17**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

PCO – BA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>7164-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703830628306<br>9171999991703830628306 | ■■■ | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703830665516<br>9171999991703830665516 | ■■■ | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703830665523<br>9171999991703830665523 | ■■■ | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703830665530<br>9171999991703830665530 | ■■■ | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703830665547<br>9171999991703830665547 | ■■■ | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703830665554<br>9171999991703830665554 | ■■■ | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703830665561<br>9171999991703830665561 | ■■■ | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703830665578<br>9171999991703830665578 | LAUMAN, CHARLES M.<br>201 Brinson Road<br>Vidalia, GA 30474 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703830665585<br>9171999991703830665585 | LAUMAN, CHARLES M.<br>349 Seminary Street<br>Pennsburg, PA 18073 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 9<br>9 | | 8.32<br>8.32 | 43.65<br>43.65 | | | 51.97<br>51.97 |

| USPS Manifest Mailing System | | | Page 2 |
|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 | |
| | Sequence Number<br>7164-1 | Class of Mail<br>Mixed | |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____    Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt



| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt |

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | TO | CHARLES LAUMAN<br>LAUMAN, CHARLES M.<br>349 Seminary Street<br>Pennsburg, PA 18073 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | TO | CHARLES LAUMAN<br>LAUMAN, CHARLES M.<br>201 Brinson Road<br>Vidalia, GA 30474-3161 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: (2)

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-171519   Montgomery County   Sale Date:

CHARLES M. LAUMAN

Postage: $002.70  ZIP 19106  NOV 01 2017

200 -B. Augustin