IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES M. LAUMAN,<br><br>    Defendant. | CIVIL ACTION<br>NO. 17-3070 |

FILED
FEB -5 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

**AND NOW**, this 5th day of February 2018, it is **ORDERED** that the parties, United States of America, Plaintiff, and Charles M. Lauman, Defendant, shall appear on **February 21, 2018 at 2:00 p.m.**, in **Courtroom 13A** in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, to show cause why a default judgment should not be entered against Defendant and to assess damages in the above-captioned matter. It is **FURTHER ORDERED** that Plaintiff shall serve a copy of this Order on Defendant and file proof of service with the Court or otherwise proceed in accordance with Federal Rule of Civil Procedure 55(b).

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.