## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO.  17-03070 |
| vs. | |
| CHARLES M. LAUMAN | |
| Defendant | |

### CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certifies that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed below on February 6, 2018.

CHARLES M. LAUMAN
349 Seminary Street
Pennsburg, PA 18073

CHARLES M. LAUMAN
201 Brinson Road
Vidalia, GA 30474

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327