UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>CHARLES M. LAUMAN<br><br>Defendant | CIVIL NO. 17-03070 |

### CERTIFICATE OF SERVICE

I do hereby certify that service of the foregoing Statement of Damages and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment was made upon the following persons by mailing a true and correct copy thereof, postage prepaid, on this 20TH day of February, 2018, addressed as follows:

CHARLES M. LAUMAN
349 Seminary Street
Pennsburg, PA 18073

CHARLES M. LAUMAN
201 Brinson Road
Vidalia, GA 30474

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
RSolarz@kmllawgroup.com