IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>CHARLES M. LAUMAN<br><br>                    Defendants. | CIVIL ACTION<br>NO. 17-03070 |

### **ORDER**

**AND NOW**, this 21st day of February 2018, in accordance with the Order granting Plaintiff's Motion for Judgment issued on this day, it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.