

**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

**FILED**
**JUN 13 2018**
KATE BARKMAN, Clerk
By _____ Dep. Clerk

CIVIL ACTION NO.: 17-03070

I, CHRISTOPHER ALEGADO, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

349 SEMINARY STREET, PENNSBURG, PA 18073.

The public sale was held on JUNE 7, 2018

and the highest bidder was CASEY WELLS

who bid the amount of $ 53,000.

By: _Christopher Alegado_
Deputy U.S. Marshal



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Casey Wells

ADDRESS: 1525 Oregon Pike Suite 802

Lancaster, Pa 17601

PHONE (DAY): (717) 951-6506

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

LU Equity Holdings, LLC

The above is precisely how the name(s) are to appear in the deed

Case 2:17-cv-03070-JHS   Document 19   Filed 06/13/18   Page 3 of 4



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Sarah for BP REIG

ADDRESS: 1770 Oregon Pike

Lancaster, PA 17601

PHONE (DAY): 717-669-5075 (Paul)

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group, LP

The above is precisely how the name(s) are to appear in the deed

## BIDDER'S REGISTRATION FORM

NAME: George Hawthorne

ADDRESS: 690 W Schwenkmill Rd
Perkasie, Pa 18944

PHONE (DAYS): 215-262-4138

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.

****There will be no exceptions or changes****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

The Deed is to be prepared under the following name(s):

Sandra J. Hawthorne

The above is precisely how the name(s) are to appear in the deed.