## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br>v.<br>CHARLES M. LAUMAN<br>        Defendant | Civil Action No: 17-03070 |

FILED
JUL 17 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 17th day of July, 2018, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on June 07, 2018 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to LU Equity Holdings, LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of CHARLES M. LAUMAN in and to the premises sold located at 349 Seminary Street, Pennsburg, PA 18073.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

*Joel Slomsky*, J.